**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:                                                    Case No. 23-14531-LMI
                                                          Chapter 7

THE SELFIE ROOM MIAMI BEACH LLC.,

    Debtor

_____/

**CORPORATE OWNERSHIP STATEMENT REQUIRED**
**UNDER BANKRUPTCY RULE 1007(a)(1) AND LOCAL RULE 1002-1(A)(2)**

    Pursuant to Federal Rule of Bankruptcy Procedure 7007-1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for THE SELFIE ROOM MIAMI BEACH LLC.,  in the above captioned action, certifies that the following is or (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% of more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 7007.1:

**NONE**

    Respectfully submitted on this **15th** day of June, 2023.

**DSOUZA & WALTON LAW GROUP, P.A.**
8751 W. Broward Boulevard
Suite 301
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
Email: Elias@DsouzaLegal.com
Email for State Court Pleadings:
Service@DsouzaLegal.com


By: **/s/ Elias Leonard Dsouza**
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477
Kenneth Edward Walton, Esq.
Florida Bar No. 183997