UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**THE SELFIE ROOM MIAMI BEACH LLC**
SSN: 87-2896823

        Debtor.                                /

CASE NO.: 23-14531-BKC-LMI
Chapter 7

**JOEL L. TABAS, TRUSTEE'S *EX PARTE* MOTION
FOR EMPLOYMENT OF TABAS & SILVER, P.A. AS
ATTORNEYS FOR THE TRUSTEE EFFECTIVE AS OF JULY 13, 2023**

      The Trustee, Joel L. Tabas, (the "Trustee"), pursuant to 11 U.S.C. §§ 105, 327 and 330, and Federal Rule of Bankruptcy Procedure 2014, hereby files this *Ex Parte* Motion for Employment of Tabas & Silver, P.A. as Attorneys for the Trustee Effective as of July 13, 2023 (the "Motion"), and as good cause for same, states as follows:

      1.      Joel L. Tabas is the duly qualified and acting Trustee in this case.

      2.      It is necessary that the Trustee employ an attorney to represent him to perform ordinary and necessary legal services required in the administration of the Estate.

      3.      The Trustee believes it is in the best interest of this Estate and its economical administration that Tabas & Silver, P.A., a law firm of which Trustee is a partner, be authorized to act as attorneys for the Estate.

      4.      This Court has the power to authorize said employment pursuant to 11 U.S.C. §327(a) which provides, in pertinent part, that "… the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

5. Tabas & Silver, P.A. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to bankruptcy and trustee/debtor matters in cases under Title 11 of the United States Code.

6. Tabas & Silver, P.A. does not hold or represent any interest adverse to the Estate and the Trustee believes that the employment of Tabas & Silver, P.A. would be in the best interest of the Estate.

7. Attached hereto is the affidavit of attorney Joshua D. Silver, a partner of Tabas & Silver, P.A. demonstrating that Tabas & Silver, P.A. is disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under F.R.B.P. 2014-1(A).

8. Tabas & Silver, P.A. has agreed to be compensated in accordance with 11 U.S.C. § 330.

9. Accordingly, the Trustee believes that Tabas & Silva, P.A. is qualified to perform the services for which they are to be engaged and seeks entry of an order authorizing the employment of Tabas & Silver, P.A. as attorneys for the Trustee on the terms and conditions set forth herein. Pursuant to Local Rule 5005-1(G), a proposed Order accompanies this Motion.

**WHEREFORE,** Joel L. Tabas, Trustee, respectfully requests this Honorable Court enter an Order: (i) granting the instant Motion; (ii) authorizing the Trustee to employ Tabas & Silver, P.A. effective as of July 13, 2023, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow upon application or applications to be filed by said attorneys; and (iii) granting such other and further relief as this Court deems just and proper.

CASE NO.: 23-14531-BKC-LMI

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
25 SE 2nd Ave, Suite 248
Miami, FL 33131
Telephone: (305) 375-8171
Fax: (305) 381-7708

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2023, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

The Selfie Room Miami Beach LLC
900 West Ave., #1231
Miami Beach, FL 33139-5217

Respectfully submitted,

/s/ Joshua D. Silver
Joshua D. Silver
Florida Bar No. 100022
Tabas & Silver, P.A.
Proposed Attorneys for Trustee
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
jsilver@tabasssilver.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 CASE NO.: 23-14531-BKC-LMI
                                                                       Chapter 7
**THE SELFIE ROOM MIAMI BEACH LLC**
SSN: 87-2896823

_____Debtor._____/

## **AFFIDAVIT OF JOSHUA D. SILVER**

STATE OF FLORIDA              )
                              ) ss:
COUNTY OF MIAMI-DADE          )

BEFORE ME, the undersigned authority, personally appeared Joshua D. Silver, in Miami, Florida, who after being duly sworn, deposes and says as follows:

1.  I am a partner of the law firm of Tabas & Silver, P.A.

2.  I and other partners and attorneys of Tabas & Silver, P.A. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3.  To the best of my knowledge, information and belief, Tabas & Silver, P.A. is disinterested within the meaning of 11 U.S.C. §101 and is eligible to serve as counsel for the Estate and the Trustee pursuant to the provisions of 11 U.S.C. § 327(a).  However, in the abundance of caution and in the interests of full disclosure, it should be noted that the Trustee is a partner of Tabas & Silver, P.A..  However, the Trustee and Tabas & Silver, P.A. do not believe that the above disclosure impairs Tabas & Silver, P.A.'s disinterestedness or eligibility to serve as counsel.

CASE NO.: 23-14531-BKC-LMI

    4.    The current hourly rates for the attorneys at Tabas & Silver, P.A. range from $500.00 to $650.00 and the current hourly rate of Tabas & Silver, P.A.'s paralegal who may work on this matter is $225.00.

    5.    Neither the firm nor any of its members have a prepetition or other claim against the Estate.

    6.    Neither the firm nor any of its members have any connection with the Debtor, except to the extent that Joel L. Tabas is the duly appointed and acting Trustee in this case.

    7.    We have not received a retainer from the Debtor, the Estate, or a third party.

    8.    We do not have any interests adverse to the Trustee or the Estate.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joshua D. Silver

THE FOREGOING INSTRUMENT was acknowledged before me on August 10, 2023 by Joshua D. Silver, who is personally known to me.

_____
Notary Public, State of Florida

My Commission Expires:



JANET CEPERO
Notary Public - State of Florida
Commission # HH 363011
My Comm. Expires May 1, 2027
Bonded through National Notary Assn.