

**ORDERED in the Southern District of Florida on August 10, 2023.**

*Laurel M. Isicoff*
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.: 23-14531-BKC-LMI
                                                          Chapter 7
**THE SELFIE ROOM MIAMI BEACH LLC**
SSN: 87-2896823

         Debtor.                    /

### ORDER GRANTING JOEL L. TABAS, TRUSTEE'S
### *EX PARTE* MOTION FOR EMPLOYMENT OF TABAS & SILVER, P.A.
### AS ATTORNEYS FOR THE TRUSTEE EFFECTIVE AS OF JULY 13, 2023

**THIS CAUSE** having come before the Court on Joel L. Tabas, Trustee's *Ex Parte* Motion for Employment of Tabas & Silver, P.A. as Attorneys for the Trustee Effective as of July 13, 2023 [ECF 13] (the "Motion"), and the Affidavit of Joshua D. Silver in support thereof, and the Court, having reviewed the Motion and the Affidavit, it appearing that the law firm of Tabas & Silver, P.A. and its members are disinterested persons, and having determined that the employment is in the best interest of the Estate and the economical administration thereof, it is

**ORDERED** as follows:

1. The Motion is granted.

2. Joel L. Tabas, Trustee is authorized to employ the law firm of Tabas & Silver, P.A., of which said Trustee is a member, effective as of July 13, 2023, to act as attorneys for the Trustee and the Estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

# # #

**Submitted by:**

Joshua D. Silver
Florida Bar No. 100022
 Tabas & Silver, P.A.
 Attorneys for the Chapter 7 Trustee
 25 S.E. 2nd Avenue, Suite 248
 Miami, Florida 33131
 Telephone: (305) 375-8171
 jsilver@tabasssilver.com

**Copy furnished to:**

Joshua D. Silver, Esquire
Attorney Silver is hereby directed to serve a copy of this Order immediately upon receipt on all interested parties and a Certificate of Service