

**ORDERED in the Southern District of Florida on September 12, 2023.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                  CASE NO.: 23-14531-LMI

THE SELFIE ROOM MIAMI BEACH, LLC,        Chapter 7

Debtor.

_____/

**ORDER ON CREDITOR PRISMA PROPERTIES, LLC'S MOTION TO COMPEL DEBTOR TO PAY POST PETITION RENT, TO COMPEL ASSUMPTION OR REJECTION OF UNEXPIRED LEASE AND/OR MOTION FOR RELIEF FROM AUTOMATIC STAY**

THIS CAUSE having come before the Court on September 7, 2023, upon the Motion to Compel Debtor, THE SELFIE ROOM MIAMI BEACH, LLC ("Debtor" or "Tenant"), to Pay Post Petition Rent, to Compel Assumption or Rejection of Unexpired Non-Residential Lease, and/or Motion for Relief from the Automatic Stay (the "Motion") [D.E. 17] filed by Creditor PRISMA PROPERTIES, LLC ("Prisma" or "Landlord"), with respect to that certain Retail Lease (the

"Lease") for the non-residential real property located at 721 Collins Avenue, Miami Beach, Florida 33139 (the "Premises"), and the Court, having reviewed the Motion and the Response filed by the Chapter 7 Trustee [D.E. 23], hearing the arguments of counsel, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that:

1. The Motion is hereby GRANTED in part, and DENIED in part.

2. The Debtor's possessory rights in the Premises have been extinguished prior to the Petition Date herein and, therefore, the Lease not assumable by the Chapter 7 Trustee under Section 365 nor subject to the protections of the Automatic Stay under Section 362 of the Bankruptcy Code as a matter of law.

3. As such, Prisma is hereby granted relief from the Automatic Stay imposed by 11 U.S.C.§ 362 to mitigate its damages related to the Premises.

###

Submitted by:

David H. Haft, Esq.
Florida Bar No. 68992
Attorneys for Creditor PRISMA PROPERTIES, LLC
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Email: david.haft@lewisbrisbois.com

David H. Haft, Esq., is directed to serve a copy of this Order on all interested parties and to file a Certificate of Service.